UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | STEMPINSKI, THOMAS E<br>STEMPINSKI, MARIA V | § § § | Case No. 11-26328 |
|---|---|---|---|
| Debtor(s) | | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 10/11/2012 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/30/2012      By:   /s/Glenn R. Heyman
                                    Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: STEMPINSKI, THOMAS E § | Case No. 11-26328 |
| STEMPINSKI, MARIA V § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $     6,500.00

*and approved disbursements of*           $     2,866.02

*leaving a balance on hand of* [1]         $     3,633.98

**Balance on hand:**                       $     3,633.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:                        $   3,633.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,400.00 | 0.00 | 1,342.25 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,291.00 | 0.00 | 2,196.49 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 95.24 | 0.00 | 95.24 |

Total to be paid for chapter 7 administration expenses:   $   3,633.98
Remaining balance:                                          $   0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,126.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Marathon Petroleum Co | 0.00 | 0.00 | 0.00 |
| 2 | Earthmover Credit Union | 47,438.20 | 0.00 | 0.00 |
| 3 | Ameren Illinois | 183.17 | 0.00 | 0.00 |
| 4 | GE Capital Retail Bank | 1,238.36 | 0.00 | 0.00 |
| 5 | GE Capital Retail Bank | 398.88 | 0.00 | 0.00 |
| 6 | GE Capital Retail Bank | 867.85 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-26328-PSH
Thomas E Stempinski                                                 Chapter 7
Maria V Stempinski
     Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales            Page 1 of 3             Date Rcvd: Aug 31, 2012
                              Form ID: pdf006            Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2012.
```
db/jdb    +Thomas E Stempinski,   Maria V Stempinski,   2853 S. Quinn,   Chicago, IL 60608-5920
aty       +Crane Heyman Simon Welch & Clar,   135 S Lasalle St Ste 1540,   Chicago, IL 60603-4101
17451954  +ACB American, Inc.,   P.O.Box 2548,   Cincinnati, OH 45201-2500
17451957  +ATG Credit,   P.O. Box 14895,   Chicago, IL 60614-8542
17451956  +Ann Stempinski,   2865 S Quinn St.,   Chicago, IL 60608-5920
17451958   Blatt Hasenmiller Leibsker & Moore,,   125 S. Wacker Dr.,   Ste. 400,   Chicago, IL 60606-4440
17451959  +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
17451960  +Ccb Credit Services,   5300 S 6th Street Rd,   Springfield, IL 62703-5184
17451961  +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
18389744  +Earthmover Credit Union,   Steven D Titiner,   1700 N Farnsworth Ave,   Aurora, IL 60505-1523
17451963   Encore Receivable Management,   PO Box 3330,   Olathe, KS 66063-3330
17451965  +Eureka Savings Bank,   250 Marquette St,   La Salle, IL 61301-2415
17451966  +Exxmblciti,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
18533046   GE Capital Retail Bank,   c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,
            Miami FL 33131-1605
17451971  +Herbolsheimer, Lannon, Henson,   PO Box 539,   La Salle, IL 61301-0539
17451972  +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5895,   Carol Stream, IL 60197-5895
17451973  +Illinois Collection Se,   Po Box 1010,   Tinley Park, IL 60477-9110
17451974  +Lake Thunderbird Assoc,   2 Lake Thunderbird Dr,   Putnam, IL 61560-9522
17451978  +Mercy Hospital,   PO Box 97171,   Chicago, IL 60678-7171
17451980  +Midland Orthopedic Associates,   2850 S Michigan Ave,   Chicago, IL 60616-5018
17451982  +Pinnacle Credit Serivc,   Po Box 640,   Hopkins, MN 55343-0640
17451984  +Thomas Tonozzi,   222 E St. Paul St.,   Spring Valley, IL 61362-2140
17451985  +Truemper & Titiner,   1700 Farnsworth Avenue,   Aurora, IL 60505-1523
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17451955  +E-mail/Text: ally@ebn.phinsolutions.com Sep 01 2012 00:24:34      Ally Financial,   P O Box 380901,
            Bloomington, MN 55438-0901
18440125  +E-mail/Text: amerenilcredit@ameren.com Sep 01 2012 00:26:03      Ameren Illinois,
            Credit and Collections,   2105 E State Route 104,   Pawnee, IL 62558-4681
17451962  +E-mail/Text: collections@earthmovercu.com Sep 01 2012 00:25:34      Earthmover Cu,   Po Box 2937,
            Aurora, IL 60507-2937
17451964  +E-mail/Text: bknotice@erccollections.com Sep 01 2012 00:25:55      Enhanced Recovery Co L,
            8014 Bayberry Rd,   Jacksonville, FL 32256-7412
17451967  +E-mail/Text: ally@ebn.phinsolutions.com Sep 01 2012 00:24:34      G M A C,   Po Box 130424,
            Roseville, MN 55113-0004
17451968  +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2012 03:17:19      GEMB Sams Club,   PO Box 981400,
            El Paso, TX 79998-1400
17451969  +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2012 03:17:19      Gemb/amazon,   Po Box 981400,
            El Paso, TX 79998-1400
17451970  +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2012 03:17:19      Gemb/discount Tires,
            Po Box 981439,   El Paso, TX 79998-1439
17451975  +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2012 03:17:19      Lowe's,   P.O. Box 105890,
            Dept. 79,   Atlanta, GA 30348-5890
17451976   E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2012 03:17:19      Lowes,   P.O. Box 103080,
            Rosewell, GA 30076
17451977  +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Sep 01 2012 00:25:53      Marathon Petroleum Co,
            539 S. Main,   Findlay, OH 45840-3229
17451979  +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2012 00:22:19      Midland Credit Management,
            Po Box 939019,   San Diego, CA 92193-9019
17451981   E-mail/Text: nrivers@nrsolutionsllc.com Sep 01 2012 00:26:43      National recovery solutions,,
            PO Box 322,   Lockport, NY 14095-0322
                                                                                              TOTAL: 13
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17451983  ##+Redline Recovery Services, LLC,   2350 N. Forest Rd. Ste. 31B,   Getzville, NY 14068-1398
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ccabrales              Page 2 of 3             Date Rcvd: Aug 31, 2012
                              Form ID: pdf006              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2012**               **Signature:**        _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: ccabrales            Page 3 of 3              Date Rcvd: Aug 31, 2012
                              Form ID: pdf006            Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2012 at the address(es) listed below:
          Glenn R Heyman    on behalf of Trustee Glenn Heyman gheyman@craneheyman.com, slydon@craneheyman.com;ecrane@craneheyman.com
          Glenn R Heyman    gheyman@craneheyman.com, il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terrance S Leeders    on behalf of Debtor Thomas Stempinski tleeders@leederslaw.com
          TOTAL: 4