**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: STEMPINSKI, THOMAS E § Case No. 11-26328
       STEMPINSKI, MARIA V §
        §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $325,044.95 *(without deducting any secured claims)* | Assets Exempt: $46,800.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $188,108.46 |
| Total Expenses of Administration: $6,500.00 | |

    3) Total gross receipts of $ 6,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $324,570.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,652.26 | 6,652.26 | 6,500.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 165,790.00 | 50,126.46 | 50,126.46 | 0.00 |
| **TOTAL DISBURSEMENTS** | $490,360.00 | $56,778.72 | $56,778.72 | $6,500.00 |

4) This case was originally filed under Chapter 7 on June 24, 2011. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2012 By: /s/GLENN R. HEYMAN
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant lots #118 and #119, Putnam, IL 61560 | 1110-000 | 6,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ally Financial | 4110-000 | 9,195.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mtg | 4110-000 | 311,297.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 4,078.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$324,570.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,400.00 | 1,400.00 | 1,342.25 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,291.00 | 2,291.00 | 2,196.49 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 95.24 | 95.24 | 95.24 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Michael Henneberry PC | 3510-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Michael Henneberry PC | 3210-000 | N/A | 461.30 | 461.30 | 461.30 |
| Michael Henneberry PC | 2500-000 | N/A | 259.00 | 259.00 | 259.00 |
| Michael Henneberry PC | 2500-000 | N/A | 62.75 | 62.75 | 62.75 |
| Michael Henneberry PC | 2820-000 | N/A | 1,032.97 | 1,032.97 | 1,032.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$6,652.26** | **$6,652.26** | **$6,500.00** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Marathon Petroleum Co | 7100-000 | 1,479.00 | N/A | N/A | 0.00 |
| 2 | Earthmover Credit Union | 7100-000 | 21,721.00 | 47,438.20 | 47,438.20 | 0.00 |
| 3 | Ameren Illinois | 7100-000 | N/A | 183.17 | 183.17 | 0.00 |
| 4 | GE Capital Retail Bank | 7100-000 | 2,105.00 | 1,238.36 | 1,238.36 | 0.00 |
| 5 | GE Capital Retail Bank | 7100-000 | 398.00 | 398.88 | 398.88 | 0.00 |
| 6 | GE Capital Retail Bank | 7100-000 | 2,105.00 | 867.85 | 867.85 | 0.00 |
| NOTFILED | Lake Thunderbird Assoc | 7100-000 | 266.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Lowe's | 7100-000 | 819.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Se | 7100-000 | 258.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB Sams Club | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Herbolsheimer, Lannon, Henson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lowe's | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 3,199.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Hospital | 7100-000 | 1,415.00 | N/A | N/A | 0.00 |
| NOTFILED | Redline Recovery Services, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Credit Service | 7100-000 | 1,936.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Tonozzi | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 7100-000 | 885.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Orthopedic Associates | 7100-000 | 678.00 | N/A | N/A | 0.00 |
| NOTFILED | Truemper & Titiner | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | National recovery solutions, | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Encore Receivable Management | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ACB American, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ann Stempinski | 7100-000 | 32,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt Hasenmiller Leibsker & Moore | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ATG Credit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Co L | 7100-000 | 248.00 | N/A | N/A | 0.00 |
| NOTFILED | Eureka Savings Bank | 7100-000 | 84,133.00 | N/A | N/A | 0.00 |
| NOTFILED | Earthmover Credit Union | 7100-000 | 1,297.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, NA | 7100-000 | 5,935.00 | N/A | N/A | 0.00 |
| NOTFILED | CCB Credit Services | 7100-000 | 183.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxmblciti | 7100-000 | 1,780.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $165,790.00 | $50,126.46 | $50,126.46 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-26328  
**Case Name:** STEMPINSKI, THOMAS E  
STEMPINSKI, MARIA V  
**Period Ending:** 11/30/12  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 06/24/11 (f)  
**§341(a) Meeting Date:** 07/27/11  
**Claims Bar Date:** 03/30/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real Estate located at 2853 S. Quinn, Chicago IL<br>    Orig. Asset Memo: Orig. Description: Real Estate located at 2853 S. Quinn, Chicago IL 60608; Imported from original petition Doc# 1 | 292,333.00 | 0.00 | DA | 0.00 | FA |
| 2 | Vacant lots #118 and #119, Putnam, IL 61560<br>    Orig. Asset Memo: Orig. Description: Vacant lots #118 and #119, Putnam, IL 61560; Imported from original petition Doc# 1 | 9,500.00 | 9,500.00 | | 6,500.00 | FA |
| 3 | Cash on hand<br>    Orig. Asset Memo: Orig. Description: Cash on hand; Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with PNC Bank<br>    Orig. Asset Memo: Orig. Description: Checking account with PNC Bank; Imported from original petition Doc# 1 | 253.78 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account with PNC<br>    Orig. Asset Memo: Orig. Description: Checking account with PNC; Imported from original petition Doc# 1 | 2,295.27 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous Household Goods<br>    Orig. Asset Memo: Orig. Description: Miscellaneous Household Goods; Imported from original petition Doc# 1 | 1,975.00 | 161.95 | DA | 0.00 | FA |
| 7 | Miscellaneous books, cd's, videos<br>    Orig. Asset Memo: Orig. Description: Miscellaneous books, cd's, videos; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing<br>    Orig. Asset Memo: Orig. Description: Clothing; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous costume jewelry<br>    Orig. Asset Memo: Orig. Description: Miscellaneous costume jewelry; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Cash Value Life Insurance | 87.90 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-26328  
**Case Name:** STEMPINSKI, THOMAS E  
STEMPINSKI, MARIA V  
**Period Ending:** 11/30/12

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 06/24/11 (f)  
**§341(a) Meeting Date:** 07/27/11  
**Claims Bar Date:** 03/30/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Orig. Asset Memo: Orig. Description: Cash Value Life Insurance; Imported from original petition Doc# 1 | | | | | |
| 11   Automobile, 2005 Chevy Blazer, 40k miles  Orig. Asset Memo: Orig. Description: Automobile, 2005 Chevy Blazer, 40k miles; Imported from original petition Doc# 1 | 8,625.00 | 2,147.00 | DA | 0.00 | FA |
| 12   Automobile, 2006 Chevy 1500 Van, 61k miles  Orig. Asset Memo: Orig. Description: Automobile, 2006 Chevy 1500 Van, 61k miles; Imported from original petition Doc# 1 | 11,925.00 | 330.00 | DA | 0.00 | FA |
| 13   Tools  Orig. Asset Memo: Orig. Description: Tools; Imported from original petition Doc# 1 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 14   Business equipment, supplies  Orig. Asset Memo: Orig. Description: Business equipment, supplies; Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| **14   Assets   Totals** (Excluding unknown values) | **$334,544.95** | **$12,138.95** | | **$6,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/30/2011: Two vacant lots in Thunderbird Hills lake area. Retained broker to sell.

**Initial Projected Date Of Final Report (TFR):** February 28, 2013    **Current Projected Date Of Final Report (TFR):** August 14, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-26328  
**Case Name:** STEMPINSKI, THOMAS E  
STEMPINSKI, MARIA V  
**Taxpayer ID #:** \*\*-\*\*\*7431  
**Period Ending:** 11/30/12  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*11-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/06/12 | | Michael Henneberry PC | Sale of vacant lots | | | 3,683.98 | | 3,683.98 |
| | {2} | | Gross sale proceeds of 10/12 Timberlane Dr | 6,500.00 | 1110-000 | | | 3,683.98 |
| | | | Broker commission | -1,000.00 | 3510-000 | | | 3,683.98 |
| | | | RE Attorney fees | -461.30 | 3210-000 | | | 3,683.98 |
| | | | Title Insurance | -259.00 | 2500-000 | | | 3,683.98 |
| | | | Transfer and recording charges | -62.75 | 2500-000 | | | 3,683.98 |
| | | | Real Estate Taxes | -1,032.97 | 2820-000 | | | 3,683.98 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,658.98 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,633.98 |
| 10/11/12 | 1001 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $95.24, Attorney for Trustee Expenses (Trustee Firm);  Reference: | | 3120-000 | | 95.24 | 3,538.74 |
| 10/11/12 | 1002 | GLENN R. HEYMAN | Dividend paid  95.87% on $1,400.00, Trustee Compensation;  Reference: | | 2100-000 | | 1,342.25 | 2,196.49 |
| 10/11/12 | 1003 | Crane, Heyman, Simon, Welch & Clar | Dividend paid  95.87% on $2,291.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 2,196.49 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 3,683.98 | 3,683.98 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 3,683.98 | 3,683.98 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,683.98** | **$3,683.98** | |

|  |  |  |
|---|---|---|
| Net Receipts : | 3,683.98 |
| Plus Gross Adjustments : | 2,816.02 |
| Net Estate : | $6,500.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-\*\*\*\*\*\*11-65 | 3,683.98 | 3,683.98 | 0.00 |
| | $3,683.98 | $3,683.98 | $0.00 |

{} Asset reference(s)

Printed: 11/30/2012 04:19 PM    V.13.04